# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL V. DOERFLEIN, <br><br> Defendant. | 2:13-CR-052 <br><br> ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MICHAEL V. DOERFLEIN |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **MICHAEL V. DOERFLEIN**, before the United States Magistrate Judge at Las Vegas, Nevada, on or about _____ I/A & A/P Fri: 2/15/13  3:00 PM  GWF  3A _____, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 2-5-13

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  AMBER M. CRAIG
   Assistant United State Attorney
3  BRANDON C. JAROCH
   Special Assistant United States Attorney
4  333 Las Vegas Blvd., S., Suite 5000
   Las Vegas, Nevada 89101
5  (702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-052 |
| Plaintiff, | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MICHAEL V. DOERFLEIN |
| MICHAEL V. DOERFLEIN, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **MICHAEL V. DOERFLEIN**, #02572032, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **MICHAEL V. DOERFLEIN** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **MICHAEL V. DOERFLEIN** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on_____ I/A & A/P Fri: 2/15/13  3:00 PM  GWF  3A _____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **MICHAEL V. DOERFLEIN** before the United States Magistrate Judge on or about _____ I/A & A/P Fri: 2/15/13  3:00 PM  GWF  3A _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has

been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **MICHAEL V. DOERFLEIN**, before the United States District Court on or about _____ I/A & A/P Fri: 2/15/13  3:00 PM  GWF  3A _____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED:** this ____th day of February, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
BRANDON Q. JAROCH
Assistant United States Attorney

2